437 A.2d 1161

**COMMONWEALTH of Pennsylvania**

v.

**Delbert Orr AFRICA, Appellant.**

Supreme Court of Pennsylvania.

Submitted Oct. 19, 1981.

Decided Dec. 17. 1981.

Delbert Africa, in pro per.

Robert B. Lawler, Chief, Appeals Div., Paul Diamond, Philadelphia, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

### ORDER

PER CURIAM:

Judgments of sentence affirmed.